BRANDON MYKEL WOOD ADCRR NO. 164952
Name and Prisoner/Booking Number

A.S.P.C. TUCSON / CIMERRON UNIT
Place of Confinement

P.O. Box 24409
Mailing Address

TUCSON, AZ 85734-4409
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

BRANDON MYKEL WOOD,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) RYAN F. THORNELL,
(Full Name of Defendant)

(2) SR. CHAPLAIN WILLIAMS,

(3) NAPHCARE ADCRR MEDICAL,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: TUCSON COMPLEX CIMMERON UNIT PIMA COUNTY

Revised 12/1/23                    1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: **SR. CHAPLAIN WILLIAMS**. The first Defendant is employed as: **SR CHAPLAIN** (Position and Title) at **ASPC TUCSON CIMMARON UNIT** (Institution).

2. Name of second Defendant: **RYAN F. THORNELL**. The second Defendant is employed as: **DIRECTOR OF ASPC ARIZONA PRISONS** (Position and Title) at **CENTRAL OFFICE ASPC/ADCRR** (Institution).

3. Name of third Defendant: **NAPHCARE**. The third Defendant is employed as: **MEDICAL PROVIDER** (Position and Title) at **ARIZONA DEPARTMENT OF CORRECT** (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **DONT REMEMBER CAS. NO.** v. **SS# 600 14 2845**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: **DONT REMEMBER CAS. NO** v. **SS# 600 14 2845**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: **DONT REMEMBER CAS. NO** v. **SS# 600 14 2845**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

NOTE: I HAVE FILED 3 PREVIOUSE LAW SUITS ONE WAS SETTLED IN MY FAVOUR TWO FAILED TO STATE A CLAIM

2

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I AM CURRENTLY INCARCERATED WITH IN THE ARIZONA DEPARTMENT OF CORRECTIONS ADCRR, TUCSON COMPLEX CIMARRON UNIT I AM A MUSLIM INMATE I ARRIVED AT THIS UNIT NOVEMBER 29 2024 I HAVE BEEN APPLYING FOR A KOSHER DIET SINCE I GOT HERE. SR. CHAPLAIN WILLIAMS IS NOT ONLY DENYING ME MY RELIGIOUS DIET HE IS DISCRIMINATING AGAINST ME PERSONALLY BECAUSE HE HAS APPROVED OTHER MUSLIM INMATES FOR SAID DIET AS WELL AS A BUNCH OF OTHER RELIGIOUS FAITHS

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I NEED TO EAT THE PROPER TIP OF FOOD AFFORDED TO ME KOSHER DIET IS THE BEST THING OFFERED TO ME REGARDING MY DIET & RELIGION IS CONCERNED

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ZERO RESPONSES ON ADMINISTRATIVE REMEDIES

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   FACT ONE (1) I AM AN INCARCERATED MUSLIM INMATE IN THE ARIZONA DEPARTMENT OF CORRECTIONS REHABILITATION AND REENTRY - ADCRR. - FACT TWO (2) THE ADCRR HAS AN APPROVED VENDER LIST. WHICH IN FACT IS A LIST OF APPROVED COMPANY'S TH SUPPLY THE ADCRR WITH RELIGIOUS PRODUCTS FOR THE INMATES TO PERCHES. FACT THREE (3) I HAVE PHYSICAL EVIDENCE IN THE FORM OF INVOICES FROM THE APPROVED COMPANY I AM TRYING TO ACCESS. FURTHERMORE I HAVE INMATE LETTER RESPONSES FROM SR. CHAPLAIN WILLIAMS STATING THAT MY ISSUE IS OUT OF HIS HANDS THAT ITS BEING BLOCKED AT TH TUCSON COMPLEX PROPERTY LEVEL. ALL TEN (10) OF THE OTHER ADCRR COMPLEXES FALLOW POLIC AND ALLOW US ACCESS TO ARE RELIGIOUS MATERIAL THROUGH THESE APPROVED VENDERS. FACT FOUR (4) ADCRR TUCSON COMPLEX IS BLOCKING ME FROM RECEIVING SAID RELIGIOUS MATER THEY ARE TURNING IT AWAY, THERE ~~[crossed out]~~ ALLOWING ME TO SPEND MONEY OFF MY INMATE TRUS ACCOUNT THEN WAITING SIX (6) WEEKS FOR IT TO COME FROM COMPANY JUST TO BE TURNED AWAY (RETURN TO SENDER) SO THAT I CAN WAIT A FURTHER SIX (6) WEEKS TO GET MY MONEY REFUNDED BACK TO ME. PLEAS YOU'RE HONOR ALLOW ME TO PRESENT MY EVIDENCE. THE RIGHT TO MY RELIGIOUS PRACTICE IS NOT A FRIVOLOUS MATTER MY CLAIM IS IMPORTANT TO MY RELIGIOUS HEALTH AND WELLBEING
   NOTE: I NOW HAVE FURTHER EVIDENCE IN FORM OF INMATE PROPERTY RECEIPTS ~~[crossed out]~~ FOR RELIGIOUS ITTOMS PERCHEST FROM SAID APPROVED VENDER

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PHYSICALLY I AM NOT INJURED BUT MENTALLY I CAN NOT SAY THE SAME, WITH OUT THE PROPER RELIGIOUS MATERIAL I STRUGGLE TO GET AS CLOSE TO MY GOD AS I WISH

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I HAVE INMATE COPYS THERE WAS NO RESPONS @ all LEVELS....

# COUNT III

1. State the constitutional or other federal civil right that was violated: _____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I HAVE MEDICAL CONDITION CALLED - GASTRO-ESOPHAGEAL REFLUX DISEASE WITH EASOPHAGITES THIS DISEASE EFFECTS ME DURING SLEEP. IF I'M SLEEPING FLAT ON MY BACK OR MY SIDE, STOMACH ACID, THICK GREEN BILE WILL FREE FLOW OUT MY MOUTH & NOSE. TO COMBAT THIS PROBLEM THE PROVIDERS AT A.S.P.C. EYMAN COMPLEX ISSUED A BED WEDGE WHICH IS A FOAM WEDGE THAT I SLEEP ON THAT KEEPS MY SLEEPING BODY AT A 30 DEGREE ANGLE SO THAT GRAVITY DOES NOT ALLOW THE ACID TO FLOW OUT MY MOUTH & NOSE. I WAS TRANSFERRED FROM EYMAN COMPLEX TO TUCSON COMPLEX NOV. 29TH 2024 MY BED WEDGE WAS TAKEN FROM ME I CONTACTED NAPHCARE REQUEST WHY? THERE RESPONSE WAS BECAUSE I WAS NOT PREGNANT THAT I DID NOT QUALIFY SO FOR 7 MONTHS NOW I'V BEEN NEEDLESSLY SUFFERING EVERY NIGHT (BECAUSE I'M NOT PREGNANT) FURTHERMORE I HAVE PHYSICAL EVIDENCE OF PROOF ie. MY INMATE COPY OF THE (S.N.O.) THAT WAS ISSUED TO ME FROM EYMAN COMPLEX MEDICAL. A (S.N.O.) IS A PERMISSION SLIP THAT MEDICAL ISSUES WITH MEDICAL DEVICES SO THAT OFFICERS DON'T THINK THEY ARE CONTRABAND & TAKE THEM FROM THE INMATE. PLEASE YOU'RE HONOR ALLOW ME TO PRESENT MY EVIDENCE MY PHYSICAL HEALTH OR IN THIS CASE, LACK OF IS NOT A FRIVOLOUS MATTER. MY CLAIM IS IMPORTANT TO MY PHYSICAL WELL BEING. ADDITIONALLY I WAS JUST INFORMED ON 6.28.2025 BY THE CIMERRON UNIT NAPHCARE PROVIDER THAT THE DECISION NOT TO ISSUE MY BED WEDGE WAS MADE BY THE TUCSON COMPLEX NAPHCARE SUPERVISER BECAUSE OF MONEY BUDGETING YET EYMAN COMPLEX NAPHCARE ISSUED ME SAID WEDGE. THIS IS DISCRIMINATION NAPHCARE IS SUPPOSED TO BE STATE WIDE HEALTHCARE, UNIFORM STATE WIDE HEALTHCARE NOT COMPLEX BY COMPLEX. I HAVE A CRONIC CARE DISEASE THAT IS NOT A FRIVOLOUS MATTER NOR CLAIM PLEASE HELP

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   BECAUSE OF THE DEFENDANTS ACTIONS I HAVE BEEN DEPRIVED OF PRECIOUS SLEEP FOR 7 MONTH NOW. AND PHYSICAL PAIN FROM STOMACH ACID FLOWING OUT OF MY MOUTH AND NOSE.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I ONLY HAVE INMATE COPYS IN WAY OF PROOF THAT I TRYED TO FIX THIS THROUGH THE ADMINISTRATIVE PROCESS THE DEFENDANT FAILED TO RESPOND

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I AM NOT REQUESTING MONETARY RELIEF, THE ONLY RELIEF I AM LOOKING FOR IS THAT I BE ALLOWED ACCESS TO THE COMPANY'S THAT ARE AFFORDED TO ME ON THE APPROVED VENDER LIST, BE GIVEN MY KOSHER DIET AND MY MEDICAL BED WEDGE BE GIVEN BACK TO ME DONT NEED MONEY JUST WHATS COMING TO ME

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-10-25__
         DATE

_[signature]_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.