# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Mykel Wood, | NO. CV-25-00367-TUC-AMM (PSOT) |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Ryan F Thornell, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 15, 2025, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

January 20, 2026

Debra D. Lucas
District Court Executive/Clerk of Court

By  s/ Dora L. Valenzuela
Deputy Clerk